UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. JOHNSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN DAVIS,<br><br>　　　　Respondent. | NO. CV 14-3056-JVS (MAN)<br><br>JUDGMENT |

　　Pursuant to the Court's Order: Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

　　IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: June 9, 2014.

　　　　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE